# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-17-02682-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Gay, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 135) to dismiss the only remaining Defendant in this case,

**IT IS ORDERED** that the stipulation (Doc. 135) is granted; this case is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FINALLY ORDERED** that the August 28, 2019 hearing, the October 16, 2019 Final Pretrial Conference, and the November 4, 2019 Trial are all vacated.

Dated this 24th day of July, 2019.

James A. Teilborg
Senior United States District Judge